IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MYRA BASTONE, individually and as :
as Administratrix of the Estate of :
Chaz Bastone, Deceased :
:
     Plaintiff, :
v. : 3:21-CV-00125
: (JUDGE MARIANI)
GREG LESKOWSKI, O'CONNOR :
TRUCKING, INC., & JP LOGISTICS, INC., :
:
     Defendants. :

## ORDER

AND NOW, THIS 9th DAY OF SEPTEMBER 2022, upon review of the Notice of Voluntary Dismissal (Doc. 28) signed by Counsel for Plaintiff, the Addendum to the Notice of Voluntary Dismissal (Doc. 29) signed by counsel for Defendant Greg Leskowski, counsel for Defendant O'Connor Trucking, and counsel for Interpleader Plaintiff Anderson Bastone, and the Second Addendum to the Notice of Voluntary Dismissal (Doc. 30) signed by counsel for Defendant Greg Leskowski, counsel for Defendant O'Connor Trucking, counsel for Defendant JP Logistics, Inc., and counsel for Interpleader Plaintiff Anderson Bastone that together the Court deems filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), **IT IS HEREBY ORDERED THAT** the above captioned matter is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is directed to **CLOSE** this case.

                                                      Robert D. Mariani
                                                      United States District Judge